[No. 14069-8-I. Division One. June 16, 1986.]

*In the Matter of the Marriage of* DIANE W.
LILLIQUIST DEWITT, *Appellant, and*
WILLIAM E. LILLIQUIST,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-126197, George H. Revelle, J. Pro Tem., entered November 14, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Johnsen, J. Pro Tem.

[No. 14622-0-I. Division One. June 16, 1986.]

SAFECO INSURANCE COMPANY OF AMERICA, *Appellant,* v.
DONALD WAYNE ABBOTT, SR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-2-00871-7, Daniel T. Kershner, J., entered March 29, 1984. *Reversed* and *remanded* by unpublished opinion per Holman, J. Pro Tem., concurred in by Swanson and Webster, JJ.